627 A.2d 1128

STATE OF NEW JERSEY v. ROY CARR, JR.

March 17, 1993.

## ORDER

This matter having been duly considered and the Court having determined that certification was improvidently granted; it is ORDERED that the within appeal be and hereby is dismissed.

627 A.2d 1128

WARREN GIDNEY v. TOWNSHIP OF PENNSAUKEN, ET AL. AND CAMDEN COUNTY PROSECUTOR'S OFFICE, ET AL.

March 26, 1993.

## ORDER

ORDERED that the appeal is dismissed for failure to state a substantial constitutional issue within the meaning of the requirements of *Rule* 2:2–1(a)(1) and applicable case law.

627 A.2d 1128

TERRANCE LOVENGUTH AND JEANETTE LOVENGUTH, HIS WIFE v. RUTH C. D'ANGELO AND FRANK D'ANGELO.

March 29, 1993.

## ORDER

ORDERED that the appeal is dismissed.